UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| KATHERINE DESSELLE,<br>Appellant | CIVIL DOCKET NO. 1:21-CV-02213 |
| VERSUS | DISTRICT JUDGE DRELL |
| ANDREW M. SAUL,<br>COMMISSIONER, SOCIAL<br>SECURITY ADMINISTRATION,<br>Appellee | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (*de novo*) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the final judgment of the Commissioner is AFFIRMED and Desselle's appeal is DENIED AND DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at  Alexandria , Louisiana on this  5  day of  October  2022.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISRICT COURT